UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAORAN ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security,<br><br>Defendants. | CASE NO. 2:25-cv-00100-TL<br><br>ORDER OF DISMISSAL |

This matter is before the Court on its own motion. On January 13, 2025, Plaintiff Haoran Zhang, proceeding pro se, brought this action seeking a writ of mandamus directing Defendants to adjudicate her pending asylum application. Dkt. No. 1 (complaint). For the reasons explained in this Order, the Court hereby DISMISSES this action for failure to prosecute.

Under the Local Civil Rules of the Western District of Washington, if the United States Postal Service returns mail to the Court that was directed to a pro se plaintiff, and the plaintiff then fails to "notify the court and opposing parties within 60 days thereafter of his or her current

. . . address, the court may dismiss the action without prejudice for failure to prosecute." LCR 41(b)(2). On October 10, 2025, the Court issued an Order informing Plaintiff that mail to the addresses she provided to the Court had been returned as undeliverable[1] and ordering her to provide an updated address within thirty days of the Order ("October 10th Order"). Dkt. No. 14 at 1–2. As of the date of this Order, Plaintiff has failed to provide an updated address.

Additionally, in light of a missed status report deadline and a representation by Defendants that the United States Customs and Immigration Enforcement had issued a final decision on Plaintiff's asylum application, the Court ordered Plaintiff to provide the Court with her position on the current status of the case. *Id.* at 2. The Order was sent to Plaintiff both via mail at an email address obtained from Defendants' certificate of service. Plaintiff was instructed that failure to respond by November 10, 2025, would result in dismissal without prejudice of this action. *Id.* The October 10th Order has not been returned as undeliverable.

Plaintiff has not complied with the Court's October 10th Order, and no further filings have been made. Therefore, the Court assumes that Plaintiff has abandoned this action.

Accordingly, this action is hereby DISMISSED without prejudice pursuant to LCR 41(b)(2) for failure to prosecute.

Dated this 7th day of January, 2026.

Tana Lin
United States District Judge

[1] *See* Dkt. Nos. 6, 7, 12.